**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr- 00063 (5) |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| PHILLIP BENSON, | : | |
| | : | |
| Defendant. | : | |

---

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

This Court previously concluded that Defendant was financially unable to obtain counsel. (Doc. No. 26.) The Court appointed the Federal Public Defender to represent him at the initial appearance and "until a member of the CJA Panel for the Southern District of Ohio can be appointed as counsel." (*Id*.) The Court has now identified a CJA Panel attorney to represent Defendant.

The Federal Public Defender is **GRANTED LEAVE** to **WITHDRAW** as counsel for Defendant. The Court **APPOINTS** Angela Glaser of the CJA Panel for the Southern District of Ohio to represent Defendant in all further proceedings in this case.  18 U.S.C. § 3006A.

      **IT IS SO ORDERED.**


June 17, 2026

                                *s/Caroline H. Gentry*
                                 Caroline H. Gentry
                                 United States Magistrate Judge